IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **OCWEN LOAN SERVICING, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:18-cv-44-RP |
| | § | |
| **SHAWN M. ALOSI, LINDSAY M.** | § | |
| **ALOSI, and WENDY LEE ALOSI,** | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES

**CAME ON TO BE CONSIDERED** on this day, the *Motion for Award of Attorneys' Fees* (the "Motion") of Plaintiff Ocwen Loan Servicing, LLC ("Ocwen" or "Plaintiff"), and after consideration of the Motion and the evidence on file, the Court is of the opinion that the Motion should be granted in its entirety. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED; Ocwen shall have and recover its attorneys' fees in the amount of $4,570.50 from Defendants Shawn M. Alosi and Lindsay M. Alosi.

Signed this _____ day of _____ 2018.

_____
**U.S. DISTRICT JUDGE**